**BENDAU & BENDAU PLLC**
Clifford P. Bendau, II (AZ Bar No. 030204)
Christopher J. Bendau (AZ Bar No. 032981)
P.O. Box 97066
Phoenix, Arizona 85060
Telephone: (480) 382-5176
Fax: (480) 304-3805
Email: cliffordbendau@bendaulaw.com
          chris@bendaulaw.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| **Cesar Solorio**, | No. 2:23-cv-00180-ESW |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| **John Bull Builders LLC**, et al., | |
| Defendants. | |

Plaintiff, Cesar Solorio, by and through undersigned counsel, hereby advises the Court that the parties have reached an agreement to resolve this matter. All claims and defenses for Plaintiff and Defendants in this matter have been resolved. Plaintiff will file a Notice of dismissal, with each side bearing its own fees and costs, within 30 days.

RESPECTFULLY SUBMITTED this 24th Day of April, 2023.

BENDAU & BENDAU PLLC

/s/ *Clifford P. Bendau, II*
Clifford P. Bendau, II
Christopher J. Bendau
Attorneys for Plaintiff

**Certificate of Service**

I certify that on this 24th day of April, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to all parties and counsel of record by operation of the Court's electronic filing system. The Parties may access this filing through the Court system. Plaintiff

/s/ *Clifford P. Bendau, II*

BENDAU & BENDAU PLLC
P.O. Box 97066
Phoenix, AZ 85060