# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cesar Solorio, | No. CV-23-00180-PHX-ESW |
| Plaintiff, | **ORDER** |
| v. | |
| John Bull Builders LLC, et al., | |
| Defendants. | |

The Court has received Plaintiff's Notice of Settlement (Doc. 15).

IT IS ORDERED that the parties shall file a Stipulation to Dismiss within thirty (30) days of the filing of this Order. The Court will dismiss the case with prejudice on **May 30, 2023** if a Stipulation to Dismiss or Joint Status Report is not filed within thirty (30) days of the filing of this Order.

IT IS FURTHER ORDERED denying as moot Plaintiff's Motion for Entry of Default Judgment Against Defendants (Doc. 12).

Dated this 24th day of April, 2023.

Honorable Eileen S. Willett
United States Magistrate Judge